# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **KENNETH R. WRIGHT,** | ) | |
| Plaintiff, | ) ) ) | Case No. 2:13CV00030 |
| v. | ) ) | **JUDGMENT** |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) | By: James P. Jones<br>United States District Judge |
| Defendant. | ) ) | |

It appearing that no objections have been timely filed to the Report filed November 14, 2014, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.

ENTER: December 5, 2014

/s/ James P. Jones
United States District Judge